IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND SANDERS,

    Plaintiff,

v.     Civil Action No. 3:10CV800–HEH

UNITED STATES BUREAU
OF PRISONS, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Without Prejudice)

Plaintiff submitted this civil action and applied to proceed *in forma pauperis* on November 1, 2010. By Memorandum Order dated November 23, 2010, the Court conditionally docketed Plaintiff's action, and directed Plaintiff to (1) return his *in forma pauperis* affidavit, and (2) affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court advised that failure to strictly comply with either directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

On December 8, 2010, the November 23, 2010 Memorandum Order was returned to the Court. The envelope was marked "RETURN TO SENDER," "OTHER REASON," and "UNABLE TO FORWARD." On December 28, 2010, the Court attempted to send the documents to a different address. That mailing was similarly returned as undeliverable.

Plaintiff has not complied with this Court's Memorandum Order, and his failure to keep the Court apprised of his current address indicates a lack of interest in prosecuting the present action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

An appropriate Order will accompany this Memorandum Opinion.

                                       /s/
                         Henry E. Hudson
                         United States District Judge

Date: April 6, 2011
Richmond, Virginia